

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2019

No. 04-19-00749-CV

**IN THE INTEREST OF A.R.G. AND J.D.M.G., CHILDREN**,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00609
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

Appellant Mom's brief was due to be filed with this court on December 2, 2019. *See* TEX. R. APP. P. 38.6(a). On the due date, Mom filed a motion for a nine-day extension of time to file her brief.

Appellant Mom's motion is GRANTED. Her brief is due on December 11, 2019. Any further motion for extension of time to file the brief is discouraged. *See* TEX. R. JUD. ADMIN. 6.2 (directing courts of appeals to dispose of parental rights termination suits "[w]ithin 180 days of the date the notice of appeal is filed").

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of December, 2019.

_____
Michael A. Cruz,
Clerk of Court